AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 13-5490    DATE FILED 9/19/2013 | USDC<br>601 Market Street<br>Philadelphia, PA 19106 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Malibu Media, LLC<br>409 W. Olympic Blvd.<br>Suite 501<br>Los Angeles, CA 90015 | John Doe<br>SUBSCRIBER ASSIGNED IP ADDRESS 71.185.245.133 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | "SEE ATTACHMENT" | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## Copyrights-In-Suit for IP Address 71.185.245.133

**ISP:** Verizon FiOS
**Location:** Springfield, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 04/09/2013 |
| Back to Bed | PA0001847656 | 06/08/2013 | 06/18/2013 | 06/08/2013 |
| Bottoms Up | PA0001838596 | 04/13/2013 | 04/28/2013 | 04/14/2013 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 03/21/2013 |
| Dreams Do Come True | PA0001851979 | 06/26/2013 | 06/27/2013 | 06/27/2013 |
| Elle Hearts Girls | PA0001847652 | 05/30/2013 | 06/18/2013 | 06/03/2013 |
| Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 04/20/2013 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 03/29/2013 |
| Model Couple | PA0001852677 | 06/22/2013 | 06/27/2013 | 06/22/2013 |
| Newlyweds | PENDING | 07/04/2013 | 07/26/2013 | 07/06/2013 |
| Oh Mia | PA0001852674 | 06/28/2013 | 07/05/2013 | 06/28/2013 |
| Only Girls | PA0001852678 | 06/24/2013 | 06/27/2013 | 06/27/2013 |
| Out of This World | PA0001833294 | 03/28/2013 | 04/01/2013 | 03/29/2013 |
| Paradise Found | PA0001783362 | 03/25/2012 | 03/26/2012 | 05/26/2013 |
| Pretty Babies | PA0001835953 | 04/05/2013 | 04/29/2013 | 04/06/2013 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 04/18/2013 |
| Spilled Milk | PA0001833299 | 03/08/2013 | 04/01/2013 | 03/09/2013 |
| The Sleepover | PA0001838600 | 04/23/2013 | 04/28/2013 | 04/24/2013 |
| Through the Looking Glass | PA0001851980 | 06/30/2013 | 07/05/2013 | 07/02/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  19**

EXHIBIT B

EPA192